Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6826 | **DATE** | January 2 5, 2011 |
| **CASE TITLE** | City of N. Orleans Emps.' Ret. Sys. vs. Privatebancorp, Inc., et al | | |

**DOCKET ENTRY TEXT**

Plaintiffs Public Pension Funds' motion [54] is granted. Plaintiff Carpenters Pension Fund's motion [54] is denied. Parties' Agreed motion [15] is granted in part and denied in part. Enter attached order. Lead plaintiffs and co-lead counsel are appointed. By February 18, 2011, lead plaintiffs shall file an amended complaint. By March 14, 2011, defendants shall answer or otherwise plead. A status hearing will be held on March 17, 2011 at 11:00 a.m.

■ [ For further detail see separate order.]

Notices mailed by Judicial staff.



| | | Courtroom Deputy Initials: | CW |
|---|---|---|---|