**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CITY OF NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) | Case No. 10 CV 6826 |
| Plaintiff, | ) ) ) | Honorable William T. Hart |
| v. | ) ) | **ECF CASE** |
| PRIVATEBANCORP, INC., LARRY D. RICHMAN, DENNIS L. KLAESER, KEVIN M. KILLIPS, RALPH B. MANDELL, KEVIN VAN SOLKEMA, DONALD L. BEAL, WILLIAM A. CASTELLANO, ROBERT F. COLEMAN, PATRICK F. DALY, WILLIAM A. GOLDSTEIN, JAMES M. GUYETTE, RICHARD C. JENSEN, PHILIP M. KAYMAN, CHERYL MAYBERRY MCKISSACK, WILLIAM J. PODL, EDWARD W. RABIN, COLLIN E. ROCHE, WILLIAM R. RYBAK, ALEJANDRO SILVA, JAMES C. TYREE, JOHN B. WILLIAMS, NORMAN R. BOBINS, KEEFE, BRUYETTE & WOODS, INC., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., SUNTRUST ROBINSON HUMPHREY, INC., and J.P. MORGAN SECURITIES INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 14, 2011 at 11:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable William T. Hart, in the courtroom usually occupied by him, Room 2243 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion to Dismiss Defendant James C. Tyree Pursuant to Fed. R. Civ. P. 25(a)(1), a copy of which has been served concurrently upon you.

        Respectfully submitted,

        s/ Rachel B. Niewoehner

        David F. Graham
        Rachel B. Niewoehner
        Julie M. Weber
        Matthew D. Taksin
        SIDLEY AUSTIN LLP
        One South Dearborn Street
        Chicago, Illinois  60603
        Telephone:  (312) 853-7000
        Fax:  (312) 853-7036

        *Attorneys for PrivateBancorp, Inc., the Officer Defendants, and the Director Defendants*

Dated:  July 1, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, July 1, 2011, I electronically filed the above Notice of Motion with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

      s/ Rachel B. Niewoehner