# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6826 | **DATE** | 7/5/2011 |
| **CASE TITLE** | City of New Orleans Employees' Retirement System v. Privatebancorp, Inc.,. et al | | |

**DOCKET ENTRY TEXT**

Motion hearing set for 7/14/2011 is stricken. Plaintiff's motion to dismiss defendant James C. Tyree [104] is granted. Defendant James C. Tyree is dismissed without prejudice.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|