**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CITY OF NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 10 CV 6826 |
| | ) | Honorable William T. Hart |
| v. | ) ) | **ECF CASE** |
| PRIVATEBANCORP, INC., LARRY D. RICHMAN, DENNIS L. KLAESER, KEVIN M. KILLIPS, RALPH B. MANDELL, KEVIN VAN SOLKEMA, DONALD L. BEAL, WILLIAM A. CASTELLANO, ROBERT F. COLEMAN, PATRICK F. DALY, WILLIAM A. GOLDSTEIN, JAMES M. GUYETTE, RICHARD C. JENSEN, PHILIP M. KAYMAN, CHERYL MAYBERRY MCKISSACK, WILLIAM J. PODL, EDWARD W. RABIN, COLLIN E. ROCHE, WILLIAM R. RYBAK, ALEJANDRO SILVA, JOHN B. WILLIAMS NORMAN R. BOBINS, KEEFE, BRUYETTE & WOODS, INC., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., SUNTRUST ROBINSON HUMPHREY, INC., and J.P. MORGAN SECURITIES INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

   PLEASE TAKE NOTICE that on October 20, 2011 at 11:00 a.m., at the scheduled time for the Court to hear motions, we shall appear before the Honorable William T. Hart, in the courtroom usually occupied by him, Room 1843 at 219 South Dearborn Street, Chicago, Illinois, and then and there present the Motion for Leave to File Supplemental Authority, a copy of which has been served concurrently upon you.

Respectfully submitted,

s/ Julie M. Weber

David F. Graham
Rachel B. Niewoehner
Julie M. Weber
Matthew D. Taksin
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Fax: (312) 853-7036

*Attorneys for PrivateBancorp, Inc., and the Individual Defendants*

Charles F. Smith, Jr.
Michael Y. Scudder, Jr.
Nick D. Campanario
SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
155 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 407-0974
Fax: (312) 407-0411

*Attorneys for J.P. Morgan Securities Inc., Keefe, Bruyette & Woods, Inc., Robert W. Baird & Co. Inc., Suntrust Robinson Humphrey, Inc., and William Blair & Co., L.L.C.*

Dated: October 13, 2011

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, October 13, 2011, I electronically filed the above Notice of Motion with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

      s/ Julie M. Weber