## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| CITY OF NEW ORLEANS EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRIVATEBANCORP, INC., LARRY D. RICHMAN, DENNIS L. KLAESER, KEVIN M. KILLIPS, RALPH B. MANDELL, KEVIN VAN SOLKEMA, DONALD L. BEAL, WILLIAM A. CASTELLANO, ROBERT F. COLEMAN, PATRICK F. DALY, WILLIAM A. GOLDSTEIN, JAMES M. GUYETTE, RICHARD C. JENSEN, PHILIP M. KAYMAN, CHERYL MAYBERRY MCKISSACK, WILLIAM J. PODL, EDWARD W. RABIN, JR., COLLIN E. ROCHE, WILLIAM R. RYBAK, ALEJANDRO SILVA, JAMES C. TYREE, JOHN B. WILLIAMS, NORMAN R. BOBINS, KEEFE, BRUYETTE & WOODS, INC., ROBERT W. BAIRD & CO. INCORPORATED, WILLIAM BLAIR & COMPANY, L.L.C., SUNTRUST ROBINSON HUMPHREY, INC., and J.P. MORGAN SECURITIES INC.<br><br>Defendants. | Civ. A. No. 10-cv-6826<br>Honorable William T. Hart<br><br>**NOTICE OF MOTION FOR LEAVE TO RESPOND TO DEFENDANTS' SUPPLEMENTAL AUTHORITY**<br><br>**ECF CASE** |

PLEASE TAKE NOTICE that on October 27, 2011 at 11:00 a.m., at the scheduled time for the Court to hear motions, Lead Plaintiffs the City of New Orleans Employees' Retirement System and State-Boston Retirement System shall appear before the Honorable William T. Hart, in the courtroom usually occupied by him, Room 2243 at 219 South Dearborn Street, Chicago, Illinois, and then and there present Lead Plaintiffs' Motion for Leave to Respond to Defendants' Supplemental Authority, a copy of which is attached hereto and hereby served upon you.

Dated: October 17, 2011

Respectfully submitted,

**LABATON SUCHAROW LLP**

                /s/ Jonathan Gardner
Jonathan Gardner
Christopher J. Keller
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
jgardner@labaton.com

Gerald H. Silk
Michael D. Blatchley
Laurence J. Hasson
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Avi Josefson
BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
2835 N. Sheffield Avenue, Suite 409
Chicago, Illinois 60657
Telephone: (773) 883-5382
Facsimile: (212) 554-1444

*Co-Lead Counsel for Lead Plaintiffs and the
Class*

Michael Yarnoff
John Gross
BARROWAY TOPAZ KESSLER MELTZER &
CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, October 17, 2011, I electronically filed the above Notice of Motion for Leave to Respond to Defendants' Supplemental Authority with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

s/ Jonathan Gardner