UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

City of New Orleans Employees' Retirement System, et al.

                    Plaintiff,

v.                                                  Case No.: 1:10–cv–06826

                                                  Honorable William T. Hart

Privatebancorp, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2011:

    MINUTE entry before Honorable William T. Hart:Motion hearing set for 10/27/2011 is stricken. Lead plaintiffs' motion for leave to respond to defendants' supplemental authority [110] is granted.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.