AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Northern District of Illinois

parb

City of New Orleans Employees' Retirement System
*Plaintiff*
v.
PrivateBancorp, Inc.,. et al
*Defendant*

Civil Action No. 10 C 6826

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______

☒ other:

Judgment is entered in favor of defendants and against lead plaintiffs dismissing lead plaintiffs' cause of action with prejudice. .

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☒ decided by Judge William T. Hart on a motions to dismiss.

Date: Nov. 3, 2011

Michael W. Dobbins, Clerk of Court

/s / Carol Wing, Deputy Clerk